IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-02989-LTB-CBS

STEPHEN PAUL,

        Plaintiff,

v.

WINFRIED RAABE,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

        THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 35 - filed July 11, 2011), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock  
        Lewis T. Babcock, Judge

DATED:   July 13, 2011